# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00470-CV
_____


### IN THE ESTATE OF CHAD ERIC MCDONALD

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 108647**

### ORDER

On October 18, 2013, the trial court signed an order staying trial court proceedings until October 23, 2013, at 5:00 p.m. Recitals in the order indicate the trial court intended to stay further trial court proceedings until this Court had an opportunity to determine whether a stay should issue in the appeal. Johnsye McDonald filed a notice of appeal from orders that McDonald alleges finally dispose of his standing and right to participate in probate proceedings. On October 21, 2013, McDonald filed a motion to stay trial court proceedings during the appeal. The appellee, Kaylen Brooke Rankin, filed a response in which she argues

1

that this Court lacks jurisdiction over the appeal. We have requested briefing on the jurisdictional issue before the Court. The Court finds that the status quo should be preserved until this Court has had an opportunity to resolve the jurisdictional issue before the Court.

It is, therefore, ORDERED that the stay of trial court proceedings shall continue in effect until further Order of this Court. *See* Tex. R. App. P. 2. No bond is required of the appellant for this Order to be effective.

ORDER ENTERED October 23, 2013.


PER CURIAM


Before McKeithen, C.J., Kreger and Horton, JJ.

2